UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL BRITO MORALES (A-222-629-599),<br>Petitioner,<br>v.<br>CALIFORNIA CITY WARDEN,<br>Respondent. | No. 1:26-cv-8119 DC CSK<br><br><u>ORDER</u> |

Petitioner, an immigration detainee proceeding without counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On November 3, 2026, this Court recommended that the petition be granted and petitioner be released. (ECF No. 9.) On November 18, 2026, the district court declined to adopt the findings and recommendations, finding that petitioner is now subject to an administratively final order of removal. (ECF No. 12.) On November 9, 2026, respondent filed a status report informing the Court that an immigration judge issued a removal order on November 3, 2026, and both parties waived appeal. (ECF Nos. 10, 10-1.) In addition, respondent noted that after the Executive Office for Immigration Review scheduled a bond hearing, petitioner withdrew his bond request. (ECF Nos. 10, 10-2.)

Therefore, petitioner is granted 10 days to file an amended petition or show cause why this action should not be dismissed as moot. Petitioner is cautioned that failure to respond to this

order will result in a recommendation that this action be dismissed as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 10 days of the date of this order, petitioner shall file an amended petition or show cause why this action should not be dismissed as moot.
2. If petitioner files an amended petition, respondent shall file an answer or motion to dismiss within ten days. Petitioner's reply/traverse to an answer or opposition to a motion to dismiss, if any, is due within 10 days after being served with a copy of respondents' answer or motion to dismiss. A reply by respondents to an opposition to a motion to dismiss is due within 7 days after being served with the opposition.
3. Petitioner is cautioned that failure to respond to this order will result in a recommendation that this action be dismissed as moot.

Dated: November 24, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/brit8119.FAP or osc.2241.imm